

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

U.S. FILED
DISTRICT COURT
DISTRICT OF NEBRASKA

08 AUG 21  AM 9: 13

**PRO SE CIVIL COMPLAINT**

OFFICE OF THE CLERK

Case No. 8:08 CV 382

(the court will assign a number)

## I.   CASE CAPTION:   Parties to this Civil Action:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption. The court will **not** consider a claim against any defendant who is not listed in the caption.

| A. | Plaintiff(s) Name(s): | Address(es): | Telephone No. (only if you are NOT a prisoner) |
|---|---|---|---|
| | | P.O. Box 366 | 402 245 4249 |
| | Mr. MATTHEW JOSEPH SIKORA Jr., | 415 W. 19th St., | Falls CIty, Ne., 68355-0366 |

**B.**   Defendant(s) Name(s):                                      Address(es) If known:

CLANDESTINE Attackers/Assailants USING ELECTRONIC
COMPUTERIZED RADIATION/HARASSMENT Devices For
Overt Acts of Torture and Violence Et Al.

(Attach extra sheets if necessary.)

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

A. **When** did the events occur?

PLEASE SEE Attached Sheet 2A.

B. **What** happened?

I Am a Victim of a Vicious Premeditated Sadistic, Sado-masichistic,

Psychopathic HATE Crime Cruel and Unusual Punishment BY Clandestine/Hate

Mongers Doing Overt Acts of Violence and Sickness Using Electronic

Harassment, Radiation, and Downloaded Verbal Attacks and Tracking, Monitoring

and Stalking Me Coast to Coast in our Country Using Computerized Devices.

The Computerized Devices are Used for Purposes of Tatooing, Torturing and

Brutalizing My Body and Mind and Has Been Going on for Several Years and

is Still Being Carried Out in the Present. I Am Physically and Verbally

Attacked Which Started in Nebraska and Has Been Carried Out From Coast to

Coast Day in and Day Out. The Above Individuals Download Continual

Verbosity and Garbage to Me which includes Adlibs and A Juxtaposition

of Same over top of my Thoughts and Speech and at the Individuals Whim a

Transposition of My Facts, Thoughts and Speech and Puts Me in their SICK

World -- A Mind Control Scam. Defendants Cause Extreme Hardships.

Page 2 of 6

STATEMENT of CLAIMS -- Facts Of My Claim

THE DEFENDANTS in My Compláint/Claim wish to Remain Clandestine for
Intent and Reasons Of Carrying Out Vicious Acts of Perversion and
Violence Against Me -- Overt Acts to do Me Dirt and for Purposes of Secret
MIND CONTROL Experiments Using Computerized Devices.  Please See Enclosed
Exhibits.  (PLEASE NOTE: I AM Being Attacked/The Clandestine Individuals/
Defendants are Downloading in a Lite Whisper Fashion As I Type This
Complaint in My Home/Kitchen Area on 8-17-2008 at 544 p.m. c.s.t. I HAVE
NO Freedom of Thought or Speech). The Electronic Computerized Devices/
Static Shocking Devices are Used to Shock/Burn My Body At the Whim of the
Defendants Whenever they Choose Suddenly and Without Warning, Since 9/1992.

1. I AM Continually Tracked, Monitored and Stalked By the Defendants
   with Electronic Computerized Static Shocking Devices that also are
   Capable of Attacking Me with Radiating Heat to Me to Burn my Body
   and Energy/Pressure Fields to "Pound" Me. PLEASE SEE MY EXHIBITS.

2. The Defendants Using the Devices Stated in Fact 1 Above also Restrict
   My Breathing/Block off my Nasal Passages Steady Attacks and at Their Whim.

3. I am Shocked/Burned by the Defendants at Their Whim Daily On My Genitals,
   Eyes, internally in my Ears, Feet (Sox/Shoes On Also), In THE SHOWERS
   No Matter Where I Am at -- A Steady Barrage of Downloaded Crap is
   Also on top of me (Juxtaposition of Same on top of me). Extreme Hardships.

4. The Defendants Stated in Fact 1 Above also Download "Created Dreams"
   and "Shadow Visuals" of Femals Vaginas, Black and White Male Genitals,
   Gay oral and anal SEX GAMES  and Have Suddenly Masterbated Me In My
   Sleep PLEASE SEE EXHIBIT of My Semanized Pajamas. All Enhanced Sick/
   Víolant Acts Against Me -- Mind Control Games, Gimickery, Sex Games
   Done Without Warning at their Whim -- SLEEP Interrupted 1-3 Times Nightly.

5. The Defendants Stated in Fact 1 Above at Their Whim are Also Using
   the Devices to Download/Juxtapose and Transpose Via Their Garbage on
   Top of My Thoughts and Speech Facts (and When I Speak to Other People),
   That I Want To Put on Paper/or Just Prior To Transpose or Garble Same.

6. My Personal Property is Being Attacked By Defendants at Their Whim
   Please See Center of Page 3 of This Complaint and My Letter Exhibit to
   Dish Network Enclosed.

7. MY HEALTH Is at Issue Here Because of My Prior Stated Facts/The Daily
   Pounding and Tatooing of My Body. Please See Exhibits Enclosed.
   I LOST MY JOB on October 1, 2007 Because of My Being Attacked at Work
   and Documentating Same.  MY EMPLOYER Said it is Sexual Assault.

## II. STATEMENT OF CLAIM(S) (continued)

This Hate Crime and its Enhancement Techniques to Change Me into Something

I Do NOT Want to Be Through the Use of Electronic Computerized Devices

Via Different Methods of Downloaded Attacks -- The Stereotyping of My Daily

Activities and Downloading/Signalling Them Back to Me to Cause/Enhance

Confusion and Throw Me Out of My Daily Activities/Routines Happens

Frequently as this Sinister/Evil Crime Advances Along. Run Me Into The

Ground and Do Me In. ONE FACT That Has Been Downloaded to Me Recently is

and I Quote: THE ALMOST PERFECT MURDER indicating the Arrogance/Sick and

Sinister Motives of the Clandestine Individuals I am FORCED To Deal With.

Trying to Put Me in A No Win Situation. To Do Me In.

The Above Individuals Secret/Sinister Attacks are also Attacking My

Personal Property (1). My Honda CD Player When Same Doesn't Like the

CD I'm Playing for Example: Don Henley's DIRTY LAUNDRY -- I Have Same

Documented; (2). Using Computerized Devices My Satellite System in My House

Has Been Knocked Out-- Please See Exhibit "D" My Letter to DISH NETWORK; and

(3). My FLASHLITES are Enhanced to Flikker, Become Real Dim/Real Brite Early

in The Morning When I am Trying to Document Fact/Vicious Attacks on My Person.

I Have NO Freedom of Speech or Thought and NO Piece of Mind and Since the

Above Sinister/Secret Individuals CAN't TAKE CARE of BUSINESS -- I AM

Asking This Court To Take Care of Them.

ALL Of the Attacks Against My Property and My Person are Being Done

Without Cause or Reason and Under Color of Law.

## III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

_____ United States or a federal official or agency is a party

XXX Claim arises under the Constitution, laws or treaties of the United States

XXX Violation of civil rights

_____ Employment discrimination

_____ Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

XXX Other basis for jurisdiction in federal court (explain below)

THE CLANDESTINE/OVERT ATTACKS Against Me Makes Me Feel Very Strongly That

State and Federal Employees/Agents are involved in the Physical and Mental

Attacks against Me/Conspiracy to Do Me In. PLEASE SEE MY ATTACHMENTS.

EXHIBIT(S) Pgs. 2 & 3. Attached to Page 5 of This Complaint. I HAVE

Filed My Facts/Affidavits With Dept. of Justice, U.S. Attorney and Others.

## IV. STATEMENT OF VENUE

State briefly the connection between this case and Nebraska. For example, does a party reside or do business in Nebraska? Is a party incorporated in Nebraska? Did an injury occur in Nebraska? Did the claim arise in Nebraska?

I BELIEVE Because of the Garbage Downloaded to Me Continuously and the

Names Being Downloaded/Enhanced Signalled and Mind Telegraphed To Me

GIVE ME REASON To Believe that Nebraska and its Employees are involved

in the Attacks on Me/are Neglient in their Failure to TAKE CARE of BUSINESS

in allowing/forcing Me to Suffer Cruel and Unusual Punishment, and NO FREEDOM

of SPEECH or THOUGHT Further Torture and Brutallity, Without Cause or Reason.

## V.  RELIEF

State briefly what you want the court to do for you.

1. ORDER ALL Electronic Computerized Devices/Energy Field Devices Gadgets
Gimickery Removed From My Person IMMEDIATELY.  DAMAGES Awarded According to
Length of Time - 16 Plus Years and for No Respect or Regards for Human Beings.

2. AWARD Me Punitive Damages in the Amount of 6 Million Dollars;

3. AWARD Me Compensatory Damages in the Amount of 4 Million Dollars; and

4. AWARD Me General Damages in the Amount of 3 Million Dollars ;  and
ASSISTANCE of Counsel.

## VI.  EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures.  Answer the questions
below to the best of your ability.

A.  Have the claims which you make in this civil action been presented through any type of
administrative procedure within any state or federal government agency?

Yes __xxx__          No _____

B.  If you answered yes, state the date your claims were so presented, how they were presented,
and the result of that procedure:

PLEASE SEE The Two (2) Pages that Follow -- Pgs 2 & 3 of 4.  My First Claim
Affidavit and Complaint was Filed on October 10, 1999 -- My 15th Affidavit and

Complaint was Filed on July 7, 2008.  A Letter From the Nebr. Atty General

Said I Was to Contact/Send further Material to the Douglas County Attny --
TO THIS DAY I Have Not Heard From Him.  PLEASE SEE Exhibit "C"  LETTER.

C.  If you answered no, give the reasons, if applicable, why the claims made in this action have
not been presented through administrative procedures:



## Affidavit and Complaint FIFTEEN (15) Page 2

I <u>MATTHEW JOSEPH SIKORA Jr</u>., Do Sólemnly Swear That all of the FACTS SO

STATED in this <u>Affidavit</u> and <u>Complaint</u> FIFTEEN (15) and Enclosed <u>Cassette</u>

<u>Tape 15</u> of RECORDED FACTS/ATTACKS From November 2007 thru June 2008 Are

TRUE and CORRECT to the Best of My knowledge and belief <u>and</u> <u>are</u> REALITY.  I

AGAIN <u>Request</u> That ALL ELECTRONIC DEVICES/EMF ENERGY FIELDS BE REMOVED and MY

PRIVACY/PIECE of MIND be Restored.

MATTHEW Joseph SIKORA Jr.

Date: _July 7, 2008_

<u>P</u>RIOR <u>FILINGS</u> OF FACTS/VICIOUS ATTACKS ON MY PERSON:

(1).  October 10, 1999,                    (15). July __7__, 2008 <u>Cassette</u> <u>Tape</u> <u>15</u>.

(2).  January 24, 2000,

(3).  June 2, 2001,

(4).  October 16, 2001 -- Cassettee Tape,

(5).  June 29, 2002,

(6).  May 9, 2003,

(7).  February 2, 2004,

(8).  July 7, 2004,

(9).  January 4, 2005,

(10). June 27, 2005,

(11). January 4, 2006,

(12).  July 17, 2006,

(13). April 23, 2007,

(14). October 1, 2007; Three (3) Photos Enclosed and Addendums "A",
      "B" and "C" Enclosed.

Affidavit and Complaint FIFTEEN (15) Page 3



## CERTIFICATE of SERVICE

The UNDERSIGNED HEREBY CERTIFIES That a True and Correct Copy of HIS
FIFTEENTH AFFIDAVIT and COMPLAINT OF FACTS and Cassette Tape 15 of Recorded
FACTS/Clandestine, Covert VICIOUS ATTACKS On His PERSON From the Time Period
of November 2007 thru June 2008 Were Served on:

- (1). UNITED STATES DEPARTMENT of JUSTICE, 950 Pennsylvania Ave.,
  N.W., Washington, D.C., 20530-0001,

- (2). UNITED STATES ATTORNEY, 100 Centennial Mall North,
  Lincoln, Ne., 68508,

- (3). DIANE D. PORTER, Deputy Director, NIOSH, 1600 Clifton Road,
  Room 4505, MS E-20, Atlanta, Ga., 30333,

- (4). Rep. Mr. Jeff Fortenberry, 301 South 13th, Suite 100,
  Lincoln, Ne., 68508.

By UNITED STATES FIRST CLASS Mail Postage Prepaid On This $27H$ Day of
JULY, 2008.

MATTHEW J. Sykora Jr.
P.O. Box 366
Falls City, Ne., 68355-0366

Page (3) of 4

**VII.   ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE?  (check one):**

JURY ___✓___          JUDGE _____

**VIII.   VERIFICATION**

I (we) declare under penalty of perjury that the foregoing is true and correct.

Date(s) Executed:          Signature(s) of Plaintiff(s):

AUGUST 21, 2008          _____
                          Matthew J. Sikora Jr.

_____

_____

_____

_____

_____

_____

_____

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE FILING OF
YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO
PROCEED IN FORMA PAUPERIS.   Also, if there is more than one plaintiff in the case who
wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to
proceed in forma pauperis.**

COPY

MR. ROBERT HOUSTON, WARDEN
LINCOLN CORRECTIONAL CENTER

Dear Sir,

I would like to ask you to have the individuals, unknown to me at this time, whom
I believe to be Mental Health, Psychologists, Psychiatrists and select members of
staff, to unhook and remove from my person a Device or Equipment (Electro Static
Pressure Machine??) before any more damage is done to me. This Device or Equip-
ment has been used on me long enough, for no purpose other than to burn my skin
(static electricity), cause me some facial damage and other bodily structural
damage, attempt to cause confusion (both at work and in room), affect my ability to
think and reason, cause coordination problems, problems with speech and hearing,
writing and printing, vision impairment, and has the ability to masterbate me while
sleeping or awake me just before same. Some of this is done by speeding up and
slowing down brain functions.

I don't know why these individuals would go to so much trouble to try to get me
to go off or to stir up trouble for me with other inmates; mess with my opportunity
to advance thru the system (custody changes). This has also been going on at N.S.P.
and O.C.C. I have spoken briefly with Dr. Danaher about this and I am sick and tired
of these individuals causing me medical problems because of there own mental instability
or shortcomings. I have also had problems with the mail, kites, etc. I would like
to have the opportunity to do my own time! I am hoping that you can help me resolve
this!

Sincerely

MATT. SIKORA, 3907S

cc

**COPY**

**U.S. Department of Justice**

*United States Attorney*
*District of Nebraska*

*1620 Dodge Street, Suite 1400*    *PH: (402) 661-3700*
*Omaha, Nebraska 68102-1506*   *FAX: (402) 345-5724*

June 30, 2005

Lieutenant Alex Hayes
Omaha Police Department-Homicide/Assault Unit
505 South 15th Street
Omaha, Nebraska 68102

Dear Lieutenant Hayes:

    Attached is correspondence our office has received from Matt Sikora, Jr. In this correspondence, Mr. Sikora relates various alleged assaults that have been perpetrated on him within the confines of the City of Omaha. In am referring this information to you for your investigation.

            Sincerely,

            MICHAEL G. HEAVICAN
            United States Attorney

            MARIA R. MORAN
            Assistant United States Attorney

MRM/pc

Enclosures
CC: Mr. Matt Sikora, Jr.

*Ex.Hib.π*
*D*

TO: DISH Network
    P.O. BOX 9033
    Littleton, CO., 80160

AUGUST 5, 2008

Accnt Nr: 8255 90 928 1722162

FROM: Mr. Matthew J. Sikora
      P.O. BOX 366
      Falls City, Ne., 68355-0366

IN RE: My Knowledge/Information of Illegal Electronic Devices -- Knocking
      Out/Disabling MY DISH SYSTEM.

GENTLEMEN:

BE ADVISED THAT WE HAVE "CRACKPOTS/SLEEZEBALLS and NERDS Using

Illegal Electronic Devices TO KNOCKOUT Satellite Systems at their

WHIM/When they So Desire to do so. I KNOW OF THIS THROUGH MY OTHER

DEALINGS WITH SAME-- and Their Treatment of HUMAN BEINGS. I HAVE A FEW

other Days of My system BEING KNOCKED OUT/Disabled But not like this

Evening. PLEASE NOTE THAT THE WEATHER WAS WARM but CLEAR. THE ENHANCED

Disabling/Knocking out of MY SYSTEM Started while I was Watching the MOVIE

"HONDO" on AMC at 745 pm cst, (While relaxing-enjoying some popcorn). My

Picture suddenly went into different shaped square designes/plaid colored

areas and regions on my screen -- after checking the Weather I Knew that

My System was Being ATTACKED--and I WAS BEING Harrased By the Above 'Idiots'.

MY SYSTEM WAS OFF THE AIR FROM 745-49 pm cst and back on at 754 pm cst.

I WAS NOK'D BACK OF THE AIR AGAIN AT 754pm cst Enhanced Attack to MY

Satellite System. I WAS Back on the Air at 756 pm cst for About Six (6)

Seconds and "KNOCKED BACK OFF" at 756-57 pm cst. I Was Back on the AIr--

BUt my Picture was Faded Patterns Through 757 pm cst. AT 758 pm cst I WAS

SUDdENLY KNOCKED Back OFF the Air Again...and Back On Again at 759 pm cst.

(PLEASE NOTE that I Tried TCM on my Satellite and after ABOUT 8-10 Seconds

MY SYSTEM Was again attacked ENHANCING PATCHY FADED Patterns and Areas on my

Screen.)

COPY

Exhibit D

I WAS KNOCKED BACK OFF THE AIR SUDDENLY at 8pm cst ENHANCED ATTACK...And
SUDDENLY BACK On the Air Again at 8pm cst...And Back Off the AIR at 8pm
cst ENHANCED SUDDEN ATTACK...Back On the AIr SUDDENLY at 801pm cst...I WAS
again KNOCKED OFF THE AIR AGAIN at 802pm cst for a SHORT TIME and Back On
in a SHORT TIME at 803pm cst WITH WEIRD ENHANCED LINES DIFFERENT SHAPED and
COLORED LINES ACROSS MY PICTURE SCREEN...PICTURE BACK ON Also at 803pm cst.
MY SYSTEM HAS NOT BEEN ATTACKED Since 803pm cst...as It Is Now 1006pm cst
THE DATE TODAY IS AUGUST 5, 2008. NOTE: THE WEATHER IS STILL GOOD HERE
AT THIS TIME.  I FEEL YOU SHOULD KNOW ABOUT THIS--AND I WANT YOU TO KNOW
ABOUT SAME. I CAN PROVIDE YOU WITH THE OTHER DATES OF MY SYSTEM BEING
DISABLED/ATTACKED BY THE PRIOR INDIVIDUALS IF YOU NEED SAME. THANK YOU
FOR YOUR TIME....THESE FACTS are TRUE and CORRECT AS Stated to the Best of
My Knowledge and Belief.                    Sincerely,

Matthew J. Sikora

DATE:    August 5, 2008

NOTARY PUBLIC

    Subscribed and Sworn to Before Me a Notary Public in Falls City,
Nebraska, ON THIS ___6th_____ Day of AUGUST, 2008.

Pg. (2) of 2