IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MATTHEW JOSEPH SIKORA, JR., | ) | 8:08CV382 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CLANDESTINE ATTACKERS/ASSAILANTS, Using Electronic Computerized Radiation/Harassment Devices for Overt Acts of Torture and Violence, et al., | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Matthew Joseph Sikora, Jr., a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 4). Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

October 8, 2008.                     BY THE COURT:


                                     s/ Joseph F. Bataillon
                                     Chief United States District Judge