IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MATTHEW JOSEPH SIKORA JR., | ) | 8:08CV382 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CLANDESTINE | ) | |
| ATTACKERS/ASSAILANTS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Reconsideration. (Filing No. 10.)   In his Motion, Plaintiff seeks reconsideration of the court's November 5, 2008 Memorandum and Order and Judgment which dismissed Petitioner's claims for failure to state a claim upon which relief may be granted. (Filing Nos. 8 and 9.)  The court has carefully reviewed Plaintiff's Motion and finds no good cause for reconsideration of any portion of its November 5, 2008 Memorandum and Order or Judgment.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Reconsideration (filing no. 10) is denied.

December 16, 2008.                    BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge