# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 09-1160
_____

Matthew Joseph Sikora, Jr.,

Plaintiff - Appellant

v.

Clandestine Attackers/Assailants, Using Electronic Computerized Radiation/Harassment Devices for Overt Acts of Torture and Violence, et al.,

Defendant - Appellee

_____

Appeal from District of Nebraska - Omaha
(8:08-cv-00382-JFB)
_____

**JUDGMENT**

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

June 01, 2009

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans